IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAN MANSON BAILEY, JR., | No. C 07-6261 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| S. BEACH, M.D.D.; T. SMITH, RN S.S.D.; CORRECTIONAL HEALTH SERVICES; and SACRAMENTO COUNTY MAIN JAIL; | |
| Defendants. / | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the Sacramento Jail, which lies within the venue of the United States District Court for the Eastern District of California. Defendants probably are to be found there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: December   14  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\BAILEY6261.TRN.wpd